IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILBUR PITTMAN,

         Plaintiff,                  No. CIV S-08-2808 CMK P

      vs.

J. FRIGO, et al.,

         Defendants.            ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.

        The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought."  28 U.S.C. § 1391(b).

        In this case, the defendant(s) are located and the claim arose in Riverside County, which is in the Central District of California.  Therefore, plaintiff's claim should have been filed

1  in the United States District Court for the Central District of California.  In the interest of justice,

2  a federal court may transfer a complaint filed in the wrong district to the correct district.  See 28

3  U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

4              Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the

5  United States District Court for the Central District of California.

6

7   DATED:  December 1, 2008

8

9  **CRAIG M. KELLISON**
  UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26